# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Formation Creative Group LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 2 – 1 2 2 0 9 9 9 | |
| **4. Debtor's address** | **Principal place of business** 395 Oyster Point Blvd, Ste 211 Number  Street South San Francisco, CA 94080 City  State  ZIP Code San Mateo County | **Mailing address, if different from principal place of business** Number  Street City  State  ZIP Code **Location of principal assets, if different from principal place of business** Number  Street City  State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Formation Creative Group LLC**  Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❏ Railroad (as defined in 11 U.S.C. §101(44))
- ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❏ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ❏ Tax-exempt entity (as described in 26 U.S.C. §501)
- ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **5 4 1 8**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☑ Chapter 7
- ❏ Chapter 9
- ❏ Chapter 11. *Check all that apply:*
  - ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ❏ A plan is being filed with this petition.
  - ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ❏ No
- ☑ Yes.  District **California - Northern District**  When **12/31/2025** MM/DD/YYYY  Case number **25-31068**
           District _____  When _____ MM/DD/YYYY  Case number _____

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ❏ Yes.  Debtor _____  Relationship _____
         District _____  When _____ MM/DD/YYYY
         Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor  **Formation Creative Group LLC**　　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　Number　Street<br>　_____<br>　City　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

**Statistical and administrative information**

| 13. Debtor's estimation of available funds? | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☐ 1-49　☑ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  **Formation Creative Group LLC**         Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/16/2026**
           MM/ DD/ YYYY

X   **/s/ Amy Pulver**                              **Amy Pulver**
    Signature of authorized representative of debtor   Printed name

    Title   **VP Operations**

**18. Signature of attorney**

X   **/s/ Robert G. Harris**                        Date **01.16/2026**
    Signature of attorney for debtor                     MM/ DD/ YYYY

    **Robert G. Harris**
    Printed name

    **Binder Malter Harris Rome-Banks**
    Firm name

    **2775 Park Ave**
    Number       Street

    **Santa Clara**                **CA**          **95050**
    City                           State           ZIP Code

    **(408) 295-1700**             **rob@bindermalter.com**
    Contact phone                  Email address

    **124678**                     **CA**
    Bar number                     State



395 Oyster Point Blvd,
Suite 211
South San Francisco,
California, 94080

RESOLUTION OF THE MEMBERS OF FORMATION CREATIVE GROUP AUTHORIZING FILING OF CHAPTER 7 BANKRUPTCY

The undersigned, being all of the Members of Formation Creative Group LLC, a limited liability company organized under the laws of the State of Delaware, hereby adopt the following resolution:

WHEREAS, the Members/Managers have reviewed the financial condition of the Company and determined that it is in the best interest of the Company and its creditors to file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Formation Creative Group LLC is hereby authorized to file a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California;

FURTHER RESOLVED, that Amy Pulver, VP Operations, is hereby authorized and directed to execute and deliver all documents and take all actions necessary or appropriate to effectuate the filing of the Chapter 7 petition, including but not limited to retaining legal counsel, preparing schedules, and attending meetings of creditors;

FURTHER RESOLVED, that all actions taken by Amy Pulver prior to the adoption of this resolution in connection with the contemplated bankruptcy filing are hereby ratified and approved.

IN WITNESS WHEREOF, the undersigned have executed this resolution as of December 22, 2025.

By: _J Christopher Burch_____
JCBI III LLC
Member

By: _Mark Towery_____
Mark Towery
Member

By: _John Kuhl_____
John Kuhl
Member

By: _Luigi Tartara_____
Luigi Tartara
Member

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: **Formation Creative Group LLC**            CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **01/16/2026**      Signature    **/s/ Amy Pulver**

                                                              Amy Pulver, VP Operations

1WorldSync, by Syndigo
7777 Washington Village Dr, Suite 360
Dayton, OH 45459


1WorldSync, Inc.
Attention Legal Department
300 South Riverside Plaza Suite 1400
Chicago, IL 60606


9 Kings Hong Kong Limited
C/o Preti, Flaherty, Beliveau & Pachios
Attn: T Bryant, M Melusky, B Haley
One City Center, P.O. Box 9545
Portland, ME 04112-9546


9 Kings Hong Kong Limited
Unit B, 16/F., Yardley Commercial Bldg
3 Connaught Road West
Sheung Wan, HONG KONG


Adobe
345 Park Avenue
San Jose, CA 95110-2704


Adobe Systems Inc.
345 Park Avenue
San Jose, CA 95110-2704


ADP, Inc.
1 ADP Blvd
Roseland, NJ 07068-1728


Alec Taunton
C/o Cullen & Hemphill, PLC
Attn: Mindy Jackson
101 S. New York Ave, Ste 205
Winter Park, FL 32789

Amazon Legal Department
P.O. Box 81226
Seattle, WA 98108-1226


Bureau Veritas Hong Kong Limited
Kowloon Bay Office
1/F., Pacific Trade Centre
2 Kai Hing Road
Kowloon Bay, Kowloon HONG KONG


CA State EDD
Bankruptcy Unit MIC: 92E
P.O. Box 826880
Sacramento, CA 94280-0001


California Department of Tax and Fee Adm
651 Bannon Street
Sacramento, CA 94279


California Department of Tax and Fee Adm
Field Operations Division
PO Box 942879
Sacramento, CA 94279-0047


CalSavers Retirement Savings Board
P.O. Box 942004
Sacramento, CA 94204


Canada Revenue Agency
Fraser Valley TSO
W R Security, Section 471
9755 King George Blvd.
Surrey BC V3T 5E1 CANADA


Canada Revenue Agency
275 Pope Road Suite 103
Summerside PE C1N 6A2 CANADA

CITRIX Systems
851 Cypress Creek Road
Fort Lauderdale, FL 33309


City and county of Denver
201 W. Colfax Ave
Denver, CO 80202


City and county of Denver
P.O. Box 660860
Dallas, TX 75266-0860


City of South San Francisco Business Lic
400 Grand Avenue
PO Box 711
South San Francisco, CA 94083


CNA Insurance
151 North Franklin Street
Chicago, IL 60606


Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217-0087


Colorado Dept of Labor and Employment
Unemployment Insurance Employer Services
PO Box 8789
Denver, CO 80201-8789


Comcast Business
PO Box 60533
City of Industry, CA 91716-0533

Commercial Collection Consultants
18756 Stone Oak Parkway #200
San Antonio, TX 78258


Contabo GmbH
Aschauer Strasse 32a
Munich 81549 GERMANY


Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808


Costco Wholesale
P.O. Box 34331
Seattle, WA 98124


Curzon Company
7110 SW Beveland Road
Portland, OR 97223


DRS Partners, Inc.
255 W. Foothill Blvd, Suite 205
Upland, CA 91786


Dun & Bradstreet
5335 Gate Pkwy
Jacksonville, FL 32256


Employment Development Department
P.O. Box 989059
West Sacramento, CA 95798-9059

FONTBASE
C/O Senary Domain LLC
8 THE GREEN, STE A
Dover, DE 19901


Fraser Valley TSO
N R Security, Section 471
9755 King George Boulevard
Surrey, BC V3T 5E1 CANADA


Fred Meyer, Inc.
P.O. Box 305248
Nashville, TN 37230-5103


Fujian Dehua Jiawei Ceramic Co., Ltd.
No.500 Longxun Road
Baomei Industry Area
Dehua County, Fujian, China
Longxun Town CHINA


GS1 US, Inc.
300 Charles Ewing Blvd
Ewing, NJ 08628-3400


Guangdong Totye Ceramics Industrial Co,.
Xinhe Miaopu Fengtang Houlong
Guangdong
Chaozhou 515646 CHINA


HE BEI ML Glassware CO.,LTD.
Nandashi Country Xingbieying Town
Hebei
Hejian City 062450 CHINA


Hobby Lobby Stores Inc.
7707 SW 44th St
Oklahoma City, OK 73179

Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937


Hongwei Glassware Co.,ltd
No 1 Xialinghou Road
Wenxi, Yuncheng, Shanxi
Shanxi Province
Yuncheng City CHINA


Howard Group
390 NE 191st Street
Miami, FL 33139


Inspectorio, Inc.
400 S. 4th Street Suite 410
Minneapolis, MN 55415


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Martin and Associates LLC
2100 N. Stemmons, Ste 2501
Dallas, TX 75207


JPMorgan Chase & Co.
1 Chase Manhattan Plaza
New York, NY 10015


Karen Alweil Studio
1933 S. Broadway, Ste. 848
Los Angeles, CA 90007

Kashiwa Fudosan
P. O. Box 51320
Los Angeles, CA 90051-5620


Kashiwa Fudosan America, Inc.
C/o RiverRock Real Estate Group, Inc.
400 Oyster Point Blvd., Suite 117
South San Francisco, CA 94080


Legacy Retail Solutions, LLC
2600 NE 11th Street STE #101
Bentonville, AR 72712


Liling Guanqian Ceramic Manufacture CO.
Sunjiawan Town
Hunan Province
Liling City CHINA


LINKEDIN
1000 West Maude Avenue
Sunnyvale, CA 94085


Mariner Consulting Group Inc.
677 N Washington Blvd #121
Sarasota, FL 34236


Meijer
2929 Walker Ave NW
Grand Rapids, MI 49544


Merchant Factors Corp
1441 Broadway, 17th Floor
New York, NY 10018


Merchant Factors Corp.
1441 Broadway, 17th Floor
New York, NY 10018

Michigan Marketing Co.
1390 Washington Blvd
Birmingham, MI 48009


Michigan Marketing Co.
Attn: Steve Orta
1390 Washington Blvd
Birmingham, MI 48009


Microsoft Corporation
Attn: Legal Department
One Microsoft Way
Redmond, WA 98052


Minnesota Department of Employment
P.O. Box 4629
Saint Paul, MN 55101-4629


Minnesota Department of Revenue
P.O. Box 64447-BKY
St. Paul, MN 55164-0447


N.T.D. Label Printing Co., Limited
Rm 20G3, 20/F, Block 4
Golden Dragon Industrial Centre
No. 182-190 Tai Lin Pai Road
Kwai Chung HONK KONG


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695-0245


New York State Dept of Tax and Finance
OPTS-Individual Tax Returns Processing
W A Harriman Campus
Albany, NY 01222-0001

NJ Dept of Labor
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0379


NY State Dept of Tax and Finance
NYS Assessment Receivables
P.O. Box 4127
Binghampton, NY 13902-4127


Open Text INC.
275 Frank Tompa Drive
Waterloo, ON N2L 0A1 CANADA


Oregon Department of Revenue
P.O. Box 14950
Salem, OR 97309-0950


Oregon Employment Department
875 Union Street NE
Salem, OR 97311


Peake Marketing
1600 14th St
West Linn, OR 97068


PMI WW Brands, LLC
2401 Elliott Ave, 4th Floor
Seattle, WA 98121


PMI WW Brands, LLC, dba Stanley
2401 Elliott Ave 4th Fl
Seattle, WA 98121

Ring Central
20 Davis Dr.
Belmont, CA 94002


RingCentral Inc.
20 Davis Drive
Belmont, CA 94002


Ripe concepts
2500 North University Avenue, Suite 155
Provo, UT 84604


Rithum (FKA Channeladvisor Corporation)
PO Box 8990
Virginia Beach, VA 23450


Rithum (FKA CommerceHub)
1201 Peachtree St NE, Suite 600
Atlanta, GA 30361-3510


Seafax Collections
P.O. Box 15340
Portland, ME 04112-9885


Selery Fulfillment Inc.
1809 W. Frankford Rd. #160
Carrollton, TX 75007


Selery Fulfillment- SLC
PO Box 116922
Carrollton, TX 75011-6922

SHAREFILE LLC
C/O Progress Software Corporation
15 Wayside Rd, Suite 400
Burlington, MA 01803


SMARTSHEET INC.
500 18th Ave NE, Suite 200
Bellevue, WA 98004


SOS
1301 E Debbie Ln 102 PMB 3017
Mansfield, TX 76063


SPS
333 S 7th St Unit 1000
Minneapolis, MN 55402


SPS Commerce Inc
333 South 7th Street Suite 1000
Minneapolis, MN 55402


SPS Commerce Inc
P.O. Box 205782
Dallas, TX 75320-5782


State of CA Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

State of New Jersey
P.O. Box 642
Trenton, NJ 08646-0642


Target
1000 Nicollet Mall
Minneapolis, MN 55403


The Curzon Company
7110 SW Beveland
Portland, OR 97223


The Kroger Co.
1014 Vine Street
Cincinnati, OH 45202


The Moscoe Group
10900 Wayzata Blvd., Suite 600
Minnetonka, MN 55305


UPS Billing Center
55 Glenlake Pkwy NE
Atlanta, GA 30328


UWL, Inc
1340 Depot Street
Cleveland, OH 44116


Velocity Global, LLC
1701 Platte Street, Suite 210
Denver, CO 80202

Xinyu Glassware Co., LTD.
Liu Wei Gang Road No.1
Hongqiao Industrial Zone
Jiangsu Province
Taxing City 225400 CHINA


Yongkang Phoenix Houseware CO LTD
No. 239 Chengxin Road
Economic Development Zone
Zhejiang
Yongkang 321399 CHINA


Zibo Zichuan Xincheng Porcelain CO LTD
1000 meters east of Yinjia Village comm
Shuangyang Town
Shandong, Zichuan District
Zibo 255185 CHINA