# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 1/20/2026 |
| Case: 26–30040 | Form ID: OFRDNI | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
tr    Michael G. Kasolas    trustee@kasolas.net
aty    Robert G. Harris    rob@bindermalter.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Formation Creative Group LLC    395 Oyster Point Blvd, Ste 211    South San Francisco, CA 94080

TOTAL: 1